## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

IN RE:                                          CASE NO.: 14-26731-AJC

MICHAEL ANTHONY JONES,                          CHAPTER 7
AKA MICHAEL JONES,
AKA MICHAEL A JONES,

DEBTOR.

_____/

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2007-2, ASSET-BACKED CERTIFICATES, SERIES 2007-2, a secured creditor in the above-captioned proceeding, requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to Federal Rule of Bankruptcy Procedure 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned, and pursuant to Federal Rule of Bankruptcy Procedure 2002(g), requests that the following be added to the Court's master mailing list:

**Michael Gulisano, Esq.**
**Van Ness Law Firm, PLC**
**1239 E. Newport Center Drive, Suite 110**
**Deerfield Beach, Florida 33442**

Dated: August 5, 2014                    Respectfully submitted by,

                                         VAN NESS LAW FIRM, PLC
                                         1239 E. Newport Center Drive, Suite 110
                                         Deerfield Beach, Florida 33442
                                         Phone (954) 708-2328
                                         Fax    (954) 571-4003

                                         /s/ Michael Gulisano
                                         Michael Gulisano, Esquire
                                         Florida Bar No.: 87573
                                         mgulisano@vanlawfl.com

## <u>CERTIFICATE OF SERVICE</u>

I CERTIFY that a copy of the foregoing Notice of Appearance was served on August 5, 2014 by U.S. Mail or CM/ECF electronic filing on all parties in this action.

Dated: August 5, 2014                    /s/ Michael Gulisano
                                         Michael Gulisano, Esq.
                                         Florida Bar No.: 87573