UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

    Michael Anthony Jones         Case No. 14-26731-AJC
        Debtor.                            Chapter 13
_____/

## MOTION TO MODIFY CHAPTER 13 PLAN

**COMES NOW,** the Debtor, by and through his undersigned counsel and files this Motion to Modify Chapter 13 Plan and as grounds states as follows:

1. On July 24, 2014 the instant case was filed.

2. On March 5, 2015 debtor's Fourth Amended Chapter 13 plan was confirmed.

3. In said plan the Debtor agreed to pay 100% of all allowed unsecured claims.

4. On October 5, 2015, the Trustee filed her Motion to Dismiss Case for not providing a plan with the 100% amounts as stated above.

5. The deadline for filing claims has now passed and Debtor wishes to modify his plan to provide for said payment to all of the allowed unsecured creditors.

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter an Order Granting and Approving debtor's First Modified Plan.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional

qualifications to practice in this Court as set forth in Local Rule 910(A).

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent via ecf and U.S. Mail on October 19, 2015: to all parties on the service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtors
355 W 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:*/s/ Robert Sanchez*_____
    Robert Sanchez, Esq., FBN#0442161