

**ORDERED in the Southern District of Florida on January 7, 2016.**

*A. Jay Cristol*
**A. Jay Cristol, Judge
United States Bankruptcy Court**

_____

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

**CASE NO.: 14-26731-BKC-AJC**
PROCEEDING UNDER CHAPTER 13

IN RE:

MICHAEL ANTHONY JONES

DEBTOR_____/

## ORDER DENYING TRUSTEE'S MOTION TO DISMISS

**THIS CASE** came to be heard on December 15, 2015 for the Trustee's Motion to Dismiss and based on the record

**ORDERED AS FOLLOWS:**

1. The Motion to Dismiss is **DENIED WITHOUT PREJUDICE**.

### ###

ORDER DENYING TRUSTEE'S MOTION TO DISMISS
CASE NO.:  14-26731-BKC-AJC

**ORDER SUBMITTED BY:**

NANCY K. NEIDICH
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

**COPIES FURNISHED TO:**

**DEBTOR**
MICHAEL ANTHONY JONES
1140 NE 145TH STREET
MIAMI, FL  33161-2437

**ATTORNEY FOR DEBTOR**
ROBERT SANCHEZ, ESQUIRE
355 W 49 STREET
HIALEAH, FL  33012

**ROBERT SANCHEZ, ESQUIRE** IS HEREBY DIRECTED TO MAIL A CONFORMED COPY OF THIS ORDER TO ALL CREDITORS AND INTERESTED PARTIES, IMMEDIATELY UPON RECEIPT THEREOF.